In the Matter of the Claim of JOHN McCARTY (Deceased Employee), against UNITED STATES TRUCKING CORPORATION, Appellant; GRACE CRONIN, as General Guardian for THOMAS J. McCARTY, an Infant, Respondent. STATE INDUSTRIAL BOARD, Respondent.

Argued September 27, 1939; decided October 17, 1939.

*John Ross Lauer* and *David J. Mountain, Jr.*, for appellant.
*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.